IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60028
Conference Calendar

_____

ORAL ROBINSON,

                                        Plaintiff-Appellant,

versus

KIRK FORDICE, GOVERNOR,
and ANNETTE MACK, OFFICER

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:97-CV-138-BN
- - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges

PER CURIAM:[*]

    Oral Robinson, prisoner # 14523, appeals from the district court's grant of summary judgment to the defendant in his civil rights suit pursuant to 42 U.S.C. § 1983.  He argues that the defendant was deliberately indifferent to his serious medical needs.  We have reviewed the record and find no reversible error.

    This appeal is without arguable merit and thus frivolous. It is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Additionally, Robinson is warned that future frivolous appeals will invite the imposition of sanctions.  Robinson should review any pending appeals to ensure that they do not raise frivolous arguments.

APPEAL DISMISSED; SANCTION WARNING ISSUED.